**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Blane E. Freeman<br>      Deborah R. Freeman<br>                    <u>Debtors</u> | CHAPTER 7 MDC<br><br>BKY. NO. 18-13221 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                    Respectfully submitted,

                    **<u>/s/ Kevin G. McDonald, Esquire</u>**
                    Kevin G. McDonald, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322 FAX (215) 627-7734