**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Blane E. Freeman and Deborah R. Freeman, | : | |
| Debtors. | : | Bankruptcy No. 18-13221-MDC |

# O R D E R

**AND NOW**, on August 10, 2018, Blane E. Freeman and Deborah R. Freeman (the "Debtors") caused to be filed a reaffirmation agreement with creditor Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Reaffirmation Agreement").[1]

**AND**, the Debtors were represented by an attorney during the course of negotiating the Reaffirmation Agreement.

**AND**, the attorney filed a certification that the Debtors were counseled in accordance with 11 U.S.C. §524(c)(3).

**AND**, the Debtors acknowledged in writing receipt of the disclosures described in 11 U.S.C. §524(k) at or before the time the Debtors signed the Reaffirmation Agreement.

**AND**, there is no material difference between the income and expenses disclosed by the Debtors pursuant to 11 U.S.C. §524(k)(6)(A) and the income and expenses stated on Schedules I and J.

**AND**, there is no presumption of undue hardship pursuant to 11 U.S.C. §524(m)(1).

It is hereby **ORDERED** and **DETERMINED** that:

1. No reaffirmation hearing is necessary. *See* 11 U.S.C. §§524(d) & (m).

2. Court approval of the Reaffirmation Agreement is unnecessary. *See* 11 U.S.C. §524(c) (not conditioning enforceability of reaffirmation agreement on court approval); 11 U.S.C. §524(c)(6)(A)

---

[1] Bankr. Docket No. 12.

(requiring court approval of Reaffirmation Agreement only upon certain conditions); 11 U.S.C. §524(m)(1) (the court "shall" review presumption of undue hardship if it arises).

Dated: August 21, 2018

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Robert S. Teti, Esquire
Valocchi & Fischer
342 E. Lancaster Avenue
Downingtown, PA 19335

Michael H. Kaliner, Esquire
Michael H. Kaliner Trustee
350 South Main Street, Suite 105
Doylestown, PA 18901

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107