**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 7

Blane E Freeman and Deborah R Freeman                     : Case No. 18−13221−mdc
                    Debtor(s)

### ORDER
_____

    AND NOW, this day , 14th of September 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

20
Form 195